UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |

Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence;

Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S. Spence, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maynard S. Spence;

Kristina Spence, individually, as surviving child of Maynard S. Spence;

Shannon Spence, individually, as surviving child of Maynard S. Spence;

Dorothy Mullis, individually, as surviving sibling of Maynard S. Spence;

Susan Spitz, individually, as surviving spouse of William Spitz;

Susan Spitz, as the Personal Representative of the Estate of William Spitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz;

David Carroll, individually, as surviving spouse of Patricia J. Statz;

David Carroll, as the Personal Representative of the Estate of Patricia J. Statz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz;

Pamela Statz, individually, as surviving sibling of Patricia J. Statz;

Daniel Carroll, individually, as surviving child of Patricia J. Statz;

Erick Carroll, individually, as surviving child of

Civil Docket Number: _____

**SAUDI ARABIA SHORT FORM
COMPLAINT AND DEMAND
FOR TRIAL BY JURY**

Patricia J. Statz;

Vincent A. Statz, individually, as surviving parent of Patricia J. Statz;

Phil Statz, individually, as surviving sibling of Patricia J. Statz;

Torrass Allen-Stephens, individually, as surviving child of Edna L. Stephens;

Torrass Allen-Stephens, as the Personal Representative of the Estate of Edna L. Stephens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna L. Stephens;

Gloria Darrisaw, individually, as surviving sibling of Edna L. Stephens;

Eunice W. Hendrix, individually, as surviving sibling of Edna L. Stephens;

Betty Jo Hill, individually, as surviving sibling of Edna L. Stephens;

Brenda Stephens Pyant, individually, as surviving sibling of Edna L. Stephens;

Eddie Stephens, individually, as surviving sibling of Edna L. Stephens;

Mary L. Stephens, individually, as surviving sibling of Edna L. Stephens;

Barbara Stephens-Cobb, individually, as surviving sibling of Edna L. Stephens;

Marvin Stephens, individually, as surviving sibling of Edna L. Stephens;

Trudy Stoller, individually, as surviving spouse of Sanford M. Stoller;

Trudy Stoller, as the Personal Representative of the Estate of Sanford M. Stoller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller;

Glen Stoller, individually, as surviving child of Sanford M. Stoller;

Eric Stoller, individually, as surviving child of Sanford M. Stoller;

2

Jean Strauss a/k/a Jeannie Strauss, individually, as surviving spouse of Steven Strauss;

Jean Strauss a/k/a Jeannie Strauss, as the Personal Representative of the Estate of Steven Strauss, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss;

Melanie Strauss, individually, as surviving child of Steven Strauss;

Derek Strauss, individually, as surviving child of Steven Strauss;

Leslie Intindoli as Personal Representative of the Estate of Theresa Strauss, deceased, the late parent of Steven Strauss;

Leslie Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss;

Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss;

Dolores Sullivan, individually, as surviving spouse of Christopher P. Sullivan;

Dolores Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan;

Brian Sullivan, individually, as surviving child of Christopher P. Sullivan;

Sean Sullivan, individually, as surviving child of Christopher P. Sullivan;

James R. Sullivan, individually, as surviving parent of Christopher P. Sullivan;

Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan;

Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Peter Q. Sullivan, individually, as surviving

3

sibling of Christopher P. Sullivan;

Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan;

Jill Marsella, individually, as surviving spouse of Thomas F. Swift;

Jill Marsella, as the Personal Representative of the Estate of Thomas F. Swift, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift;

Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift;

James S. Swift (via POA: Peter T. Swift), individually, as surviving sibling of Thomas F. Swift;

Patrick T. Swift, individually, as surviving sibling of Thomas F. Swift;

Frances Swift, individually, as surviving parent of Thomas F. Swift;

Frances Swift as Personal Representative of the Estate of Peter T. Swift, Sr., deceased, the late parent of Thomas F. Swift;

George O. Taylor, individually, as surviving sibling of Hilda E. Taylor;

George O. Taylor, as the Personal Representative of the Estate of Hilda E. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hilda E. Taylor;

Dennis Stafford, individually, as surviving child of Hilda E. Taylor;

Octavia Bangura, individually, as surviving child of Hilda E. Taylor;

Yvette Jones, individually, as surviving sibling of Hilda E. Taylor;

Edna Mibayo, individually, as surviving sibling of Hilda E. Taylor;

4

Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte;

Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte;

Elina Shirolkar, individually, as surviving child of Harshad S. Thatte;

Sarah Kashetta, individually, as surviving child of Brian T. Thompson;

Kathleen Thompson, individually, as surviving spouse of Brian T. Thompson;

Kathleen Thompson, as the Personal Representative of the Estate of Brian T. Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian T. Thompson;

Daniel Thompson, individually, as surviving child of Brian T. Thompson;

Nia Jah-Selah Thompson, individually, as surviving child of Vanavah Thompson;

Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson;

Doreen Thompson, individually, as surviving parent of Vanavah Thompson;

Doreen Thompson, as the Personal Representative of the Estate of Vanavah Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson;

Giovanni McKenzie, individually, as surviving sibling of Vanavah Thompson;

Rahsaan Thompson, individually, as surviving child of William Harry Thompson;

Michael K. Thompson, individually, as surviving child of William Harry Thompson;

Michael K. Thompson, as the Personal Representative of the Estate of William Harry Thompson, deceased, and on behalf of all

5

survivors and all legally entitled beneficiaries and family members of William Harry Thompson;

Beatrice Woolen, individually, as surviving sibling of Tamara Thurman;

Saundra Faye Woolen, individually, as surviving parent of Tamara Thurman;

Saundra Faye Woolen, as the Personal Representative of the Estate of Tamara Thurman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman;

Margaret M. Tobin, individually, as surviving sibling of John Tobin;

Michael Tobin, individually, as surviving sibling of John Tobin;

Jennifer Dolan, individually, as surviving child of John Tobin;

Barbara Tobin, individually, as surviving spouse of John Tobin;

Barbara Tobin, as the Personal Representative of the Estate of John Tobin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin;

Sean Tobin, individually, as surviving child of John Tobin;

Teresa Traina, individually, as surviving parent of Christopher M. Traina;

Teresa Traina, as the Personal Representative of the Estate of Christopher M. Traina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M Traina;

Salvatore Traina, individually, as surviving parent of Christopher M. Traina;

Salvatore M. Traina Jr., individually, as surviving sibling of Christopher M. Traina;

Theresa Corio, individually, as surviving sibling of Diane M. Urban;

Theresa Corio, as the Personal Representative of the Estate of Diane M. Urban, deceased, and on

6

behalf of all survivors and all legally entitled
beneficiaries and family members of Diane M.
Urban;

Meghan Sensenig, individually, as surviving child
of Richard B. Van Hine;

Emily Small, individually, as surviving child of
Richard B. Van Hine;

Ann Van Hine, individually, as surviving spouse
of Richard B. Van Hine;

Ann Van Hine, as the Personal Representative of
the Estate of Richard B. Van Hine, deceased, and
on behalf of all survivors and all legally entitled
beneficiaries and family members of Richard B.
Van Hine;

Vasanta Velamuri, individually, as surviving
spouse of Sankara Velamuri;

Vasanta Velamuri, as the Personal Representative
of the Estate of Sankara Velamuri, deceased, and
on behalf of all survivors and all legally entitled
beneficiaries and family members of Sankara
Velamuri;

Ramon Velazquez, individually, as surviving
child of Jorge L. Velazquez

Plaintiff(s),

-against-

KINGDOM OF SAUDI ARABIA,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form
Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11,
2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by
the Court's Order of June 10, 2018, ECF No. 2018.  Each Plaintiff incorporates by reference the
specific allegations, as indicated below, of the Consolidated Amended Complaint as to the
Kingdom of Saudi Arabia, ECF No. 3463.

docs-100078909.1

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.     Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

- ☑     28 U.S.C. § 1605(a)(5) (non-commercial tort exception)
- ☑     28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)
- ☑     28 U.S.C. § 1330 (actions against foreign states)
- ☐     Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): _____

_____

_____

## CAUSES OF ACTION

3.     Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint **[check only one complaint]** and the following causes of action set forth in that complaint:

- ☑     **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

☑    COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

☑    COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

☑    COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

☑    COUNT IV – Wrongful Death.

☑    COUNT VI – Alien Tort Claims Act.

☑    COUNT VII – Assault and Battery.

☑    COUNT VIII – Conspiracy.

☑    COUNT IX – Aiding and Abetting.

☑    COUNT X – Intentional Infliction of Emotional Distress.

☑    COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

☑    COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

☑    COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

☐    COUNT XV – Trespass.

☑    COUNT XVI – Violations of International Law.

---

## IDENTIFICATION OF PLAINTIFFS

4.    The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

docs-100078909.1

a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

b.  Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

### IDENTIFICATION OF THE DEFENDANT

5.   The only Defendant named in this Saudi Arabia Short Form Complaint is the

Kingdom of Saudi Arabia.

**NO WAIVER OF OTHER CLAIMS**

6.      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

**JURY DEMAND**

8.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: December 17, 2018

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman
Bruce Strong
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*Attorneys for Plaintiffs*

11

APPENDIX

Each line below is deemed an allegation, incorporating the allegations, language, and references

within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall

be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint,

Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Barbara Carroll Spence | GA | United States | Maynard S. Spence | Spouse | United States | Solatium |
| 2 | Barbara Carroll Spence | GA | United States | Maynard S. Spence | PR | United States | Wrongful Death/Solatium |
| 3 | Kristina Spence | FL | United States | Maynard S. Spence | Child | United States | Solatium |
| 4 | Shannon Spence | FL | United States | Maynard S. Spence | Child | United States | Solatium |
| 5 | Dorothy Mullis | NC | United States | Maynard S. Spence | Sibling | United States | Solatium |
| 6 | Susan Spitz | NY | United States | William Spitz | Spouse | United States | Solatium |
| 7 | Susan Spitz | NY | United States | William Spitz | PR | United States | Wrongful Death/Solatium |
| 8 | David Carroll | MD | United States | Patricia J. Statz | Spouse | United States | Solatium |
| 9 | David Carroll | MD | United States | Patricia J. Statz | PR | United States | Wrongful Death/Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

docs-100078909.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 10 | Pamela Statz | OR | United States | Patricia J. Statz | Sibling | United States | Solatium |
| 11 | Daniel Carroll | MD | United States | Patricia J. Statz | Child | United States | Solatium |
| 12 | Erick Carroll | MD | United States | Patricia J. Statz | Child | United States | Solatium |
| 13 | Vincent A. Statz | WI | United States | Patricia J. Statz | Parent | United States | Solatium |
| 14 | Phil Statz | WI | United States | Patricia J. Statz | Sibling | United States | Solatium |
| 15 | Torrass Allen-Stephens | GA | United States | Edna L. Stephens | Child | United States | Solatium |
| 16 | Torrass Allen-Stephens | GA | United States | Edna L. Stephens | PR | United States | Wrongful Death/Solatium |
| 17 | Gloria Darrisaw | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 18 | Eunice W. Hendrix | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 19 | Betty Jo Hill | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 20 | Brenda Stephens Pyant | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 21 | Eddie Stephens | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 22 | Mary L. Stephens | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 23 | Barbara Stephens-Cobb | SC | United States | Edna L. Stephens | Sibling | United States | Solatium |
| 24 | Marvin Stephens | GA | United States | Edna L. Stephens | Sibling | United States | Solatium |

docs-100078909.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 25 | Trudy Stoller | NY | United States | Sanford M. Stoller | Spouse | United States | Solatium |
| 26 | Trudy Stoller | NY | United States | Sanford M. Stoller | PR | United States | Wrongful Death/Solatium |
| 27 | Glen Stoller | ME | United States | Sanford M. Stoller | Child | United States | Solatium |
| 28 | Eric Stoller | NY | United States | Sanford M. Stoller | Child | United States | Solatium |
| 29 | Jean Strauss a/k/a Jeannie Strauss | NY | United States | Steven Strauss | Spouse | United States | Solatium |
| 30 | Jean Strauss a/k/a Jeannie Strauss | NY | United States | Steven Strauss | PR | United States | Wrongful Death/Solatium |
| 31 | Melanie Strauss | NY | United States | Steven Strauss | Child | United States | Solatium |
| 32 | Derek Strauss | NY | United States | Steven Strauss | Child | United States | Solatium |
| 33 | Leslie Intindoli as Personal Representative of the Estate of Theresa Strauss | NY | United States | Steven Strauss | Parent (Deceased) | United States | Solatium |
| 34 | Leslie Intindoli as Personal Representative of the Estate of Albert Strauss | NY | United States | Steven Strauss | Parent (Deceased) | United States | Solatium |
| 35 | Leslie A. Intindoli | NY | United States | Steven Strauss | Sibling | United States | Solatium |
| 36 | Dolores Sullivan | NY | United States | Christopher P. Sullivan | Spouse | United States | Solatium |

docs-100078909.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 37 | Dolores Sullivan | NY | United States | Christopher P. Sullivan | PR | United States | Wrongful Death/Solatium |
| 38 | Brian Sullivan | NY | United States | Christopher P. Sullivan | Child | United States | Solatium |
| 39 | Sean Sullivan | NY | United States | Christopher P. Sullivan | Child | United States | Solatium |
| 40 | James R. Sullivan | NY | United States | Christopher P. Sullivan | Parent | United States | Solatium |
| 41 | Joan R. Sullivan | NY | United States | Christopher P. Sullivan | Parent | United States | Solatium |
| 42 | Kevin M. Sullivan | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 43 | Matthew J. Sullivan | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 44 | Peter Q. Sullivan | FL | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 45 | Robert J. Sullivan | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 46 | Joan Wolffer | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 47 | Jill Marsella | NJ | United States | Thomas F. Swift | Spouse | United States | Solatium |
| 48 | Jill Marsella | NJ | United States | Thomas F. Swift | PR | United States | Wrongful Death/Solatium |
| 49 | Peter T. Swift Jr. | NJ | United States | Thomas F. Swift | Sibling | United States | Solatium |
| 50 | James S. Swift (via POA: Peter T. Swift) | NJ | United States | Thomas F. Swift | Sibling | United States | Solatium |

15

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 51 | Patrick T. Swift | NJ | United States | Thomas F. Swift | Sibling | United States | Solatium |
| 52 | Frances Swift | NJ | United States | Thomas F. Swift | Parent | United States | Solatium |
| 53 | Frances Swift as Personal Representative of the Estate of Peter T. Swift, Sr. | NJ | United States | Thomas F. Swift | Parent (Deceased) | United States | Solatium |
| 54 | George O. Taylor | MD | United States | Hilda E. Taylor | Sibling | United States | Solatium |
| 55 | George O. Taylor | MD | United States | Hilda E. Taylor | PR | United States | Wrongful Death/Solatium |
| 56 | Dennis Stafford | Sierra Leone | Sierra Leone | Hilda E. Taylor | Child | United States | Solatium |
| 57 | Octavia Bangura | MD | Sierra Leone (United States Permanent Resident) | Hilda E. Taylor | Child | United States | Solatium |
| 58 | Yvette Jones | MD | Sierra Leone (United States Permanent Resident) | Hilda E. Taylor | Sibling | United States | Solatium |
| 59 | Edna Mibayo | MD | Sierra Leone (United States Permanent Resident) | Hilda E. Taylor | Sibling | United States | Solatium |
| 60 | Pallavi Shirolkar | NC | India | Harshad S. Thatte | Spouse | India | Solatium |

16

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 61 | Pallavi Shirolkar | NC | India | Harshad S. Thatte | PR | India | Wrongful Death/Solatium |
| 62 | Elina Shirolkar | NC | United States | Harshad S. Thatte | Child | India | Solatium |
| 63 | Sarah Kashetta | NY | United States | Brian T. Thompson | Child | United States | Solatium |
| 64 | Kathleen Thompson | NY | United States | Brian T. Thompson | Spouse | United States | Solatium |
| 65 | Kathleen Thompson | NY | United States | Brian T. Thompson | PR | United States | Wrongful Death/Solatium |
| 66 | Daniel Thompson | NJ | United States | Brian T. Thompson | Child | United States | Solatium |
| 67 | Nia Jah-Selah Thompson | NC | United States | Vanavah Thompson | Child | Guyana | Solatium |
| 68 | Tsahai S. Santiago | NY | Guyana | Vanavah Thompson | Sibling | Guyana | Solatium |
| 69 | Doreen Thompson | NY | United States | Vanavah Thompson | Parent | Guyana | Solatium |
| 70 | Doreen Thompson | NY | United States | Vanavah Thompson | PR | Guyana | Wrongful Death/Solatium |
| 71 | Giovanni McKenzie | Japan | United States | Vanavah Thompson | Sibling | Guyana | Solatium |
| 72 | Rahsaan Thompson | NJ | United States | William Harry Thompson | Child | United States | Solatium |
| 73 | Michael K. Thompson | NJ | United States | William Harry Thompson | Child | United States | Solatium |
| 74 | Michael K. Thompson | NJ | United States | William Harry Thompson | PR | United States | Wrongful Death/Solatium |
| 75 | Beatrice Woolen | GA | United States | Tamara Thurman | Sibling | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 76 | Saundra Faye Woolen | GA | United States | Tamara Thurman | Parent | United States | Solatium |
| 77 | Saundra Faye Woolen | GA | United States | Tamara Thurman | PR | United States | Wrongful Death/Solatium |
| 78 | Margaret M. Tobin | NY | United States | John Tobin | Sibling | United States | Solatium |
| 79 | Michael Tobin | NJ | United States | John Tobin | Sibling | United States | Solatium |
| 80 | Jennifer Dolan | NJ | United States | John Tobin | Child | United States | Solatium |
| 81 | Barbara Tobin | NJ | United States | John Tobin | Spouse | United States | Solatium |
| 82 | Barbara Tobin | NJ | United States | John Tobin | PR | United States | Wrongful Death/Solatium |
| 83 | Sean Tobin | NJ | United States | John Tobin | Child | United States | Solatium |
| 84 | Teresa Traina | FL | United States | Christopher M. Traina | Parent | United States | Solatium |
| 85 | Teresa Traina | FL | United States | Christopher M. Traina | PR | United States | Wrongful Death/Solatium |
| 86 | Salvatore Traina | FL | United States | Christopher M. Traina | Parent | United States | Solatium |
| 87 | Salvatore M. Traina Jr. | NJ | United States | Christopher M. Traina | Sibling | United States | Solatium |
| 88 | Theresa Corio | NY | United States | Diane M. Urban | Sibling | United States | Solatium |
| 89 | Theresa Corio | NY | United States | Diane M. Urban | PR | United States | Wrongful Death/Solatium |
| 90 | Meghan Sensenig | PA | United States | Richard B. Van Hine | Child | United States | Solatium |

18

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 91 | Emily Small | NY | United States | Richard B. Van Hine | Child | United States | Solatium |
| 92 | Ann Van Hine | NY | United States | Richard B. Van Hine | Spouse | United States | Solatium |
| 93 | Ann Van Hine | NY | United States | Richard B. Van Hine | PR | United States | Wrongful Death/Solatium |
| 94 | Vasanta Velamuri | NJ | United States | Sankara Velamuri | Spouse | United States | Solatium |
| 95 | Vasanta Velamuri | NJ | United States | Sankara Velamuri | PR | United States | Wrongful Death/Solatium |
| 96 | Ramon Velazquez | NJ | United States | Jorge L. Velazquez | Child | United States | Solatium |

docs-100078909.1